B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In Re  Joseph Eugene Clements

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2015(db) | 62307.90 | Herman Weissker |
| 2014(db) | 68000.00 | Straightline Mecanical,Inc |
| 2013(db) | 38400.00 | Disability/SLM? |
| | | |
| 2015(nfs) | | |
| 2014(nfs) | | |
| 2013(nfs) | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc. ver. 5.1.5-897 - Friday, August 21, 2015, at 14:54:46 - 31518-301X-*****

B7 (Official Form 7) (04/13)                                                                                                    2

---

**2.    Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 2015 (db)    0.00 | |
| 2014(db)    0.00 | |

---

None

☒

**3.    Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

---

None

☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Friday, August 21, 2015, at 14:54:46 - 31518-301X-*****

B7 (Official Form 7) (04/13)                                                                                                    3

None

☒    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case
      to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13
      must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.     List all suits and administrative proceedings to which the debtor is or was a party within one year
      immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
      must include information concerning either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bennett vs Clements 30-2015-00793167-CU-PA-CJC | Auto Accident damages | Orange County Superior Court | Served, pending, stayed |

None

☐    b.     Describe all property that has been attached, garnished or seized under any legal or equitable process
      within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12
      or chapter 13 must include information concerning property of either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Child Support Orange County Child Support Services CA State Disbursement Unit PO Box 989067 West Sacramento, CA 95798-9067 | Always | 80000. plus current months until last child 18yrs |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Friday, August 21, 2015, at 14:54:46 - 31518-301X-*****

B7 (Official Form 7) (04/13)    4

**5.  Repossessions, foreclosures and returns**

None
☒        List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and Receiverships**

None
☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
☒        List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                              5

**8.  Losses**

None   ☒
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None   ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John B Laing<br>Law Offices of John B. Laing<br>John B. Laing<br>12328 Gladstone Ave #3<br>Sylmar, CA 91342 | July 2015 | 1200.00 |

**10.  Other transfers**

None   ☒
a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                      6

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Friday, August 21, 2015, at 14:54:46 - 31518-301X-*****

B7 (Official Form 7) (04/13)                                                                      7

**14. Property held for another person**

None
☒

    List all property owned by another person that the debtor holds or controls.

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☒

    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc. - ver. 5.1.5-897 - Friday, August 21, 2015, at 14:54:46 - 31518-301X-*****

Case 8:15-bk-14163-CB    Doc 4    Filed 08/21/15    Entered 08/21/15 18:10:40    Desc
Main Document    Page 8 of 30

None
☒

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☒

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

**[Questions 19 - 25 are not applicable to this case]**

\*    \*    \*    \*    \*    \*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Friday, August 21, 2015, at 14:54:46 - 31518-301X-\*\*\*\*\*

B7 (Official Form 7) (04/13)                                                                                                            9

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____8/21/15_____        Signature
                                   of Debtor   _____
                                               JOSEPH EUGENE CLEMENTS

_____0_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(d); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Central District of California

In re _____Joseph Eugene Clements_____ , Case No. _____
         Debtor                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>WFDS<br>PO BOX 1697<br>WINTERVILLE, NC 28590 | **Describe Property Securing Debt:**<br>2011 Chevrolet Silverado pickup |

Property will be *(check one)*:
☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☑ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
☑ Claimed as exempt        ☐ Not claimed as exempt

---

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
☐ Claimed as exempt        ☐ Not claimed as exempt

---

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Friday, August 21, 2015, at 15:34:54 - 3151B-301X-*****

B8 (Official Form 8) (12/08)                                                                          Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1     NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ☐ YES     ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ☐ YES     ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  ☐ YES     ☐ NO |

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date:  _____8/21/15_____                              _____
                                                                                   Signature of Debtor


                                                                                   _____
                                                                                   Signature of Joint Debtor

B203
12/94

# United States Bankruptcy Court
### Central District of California

In re  Joseph Eugene Clements

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
    rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept .................................................... $ _____1,200_____

    Prior to the filing of this statement I have received ........................................ $ _____1,200_____

    Balance Due .................................................................................................... $ _____0_____

2.  The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
    associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
    of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Friday, August 21, 2015, at 14:54:46 - 31518-301/X-*****

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

_8/ 2-1 /15_
Date

_____
Signature of Attorney

Law Offices of John B. Laing
Name of law firm

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law Offices of John B. Laing<br>John B. Laing #140650<br>12328 Gladstone Ave #3<br>Sylmar, CA 91342<br><br><br>*Attorney for* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>JOSEPH E. Clements<br><br>Debtor. | CHAPTER _____<br><br>CASE NUMBER<br><br>(No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On (specify date) _____7/2015_____, I agreed with the Debtor that for a fee of $ _1,200.00_ would provide only the following services:

   a. ☒ Prepare and file the Petition and Schedules
   b. ☒ Represent the Debtor at the 341(a) Meeting
   c. ☐ Represent the Debtor in any relief from stay actions
   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523
   f. ☐ Other (specify): _____

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: _8/21/15_

I HEREBY APPROVE THE ABOVE:

_____
Signature of Debtor

Law Firm Name _____
By: _____
Name: _JOHN LAING_
*Attorney for Debtor*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 2090-1.1

February 2006                                           2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT |  |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA |  |
| In re | CHAPTER: |
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, _JOSEPH CLEMENTS_, the debtor in this case, declare under penalty
    *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☒   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
    60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
    no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
            *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
    the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
    no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date _8/21/15_                         Signature _____
                                                            *Debtor*

Date _____    Signature _____
                                                            *Joint Debtor (if any)*

# HERMAN WEISSKER, INC.

**Company:**
HERMAN WEISSKER INC - CP
1645 BROWN AVE          RIVERSIDE, CA 92509

**Statement of Earnings and Deductions-- Please retain for your records**

**Employee:** Joseph Clements

**075697**

**Employee Code:** 592522

**Fed. Filing Status:** Married
**Fed. Exemptions:** 6

| Check Summary | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 2,307.70 | 39,230.90 |
| Add-Ons | 0.00 | 0.00 |
| Less: Taxes | 507.99 | 9,174.90 |
| Less: Deductions | 441.20 | 2,635.67 |
| Net Pay | 1,358.51 | 27,420.33 |

**Check Information**

| | |
|---|---|
| Check No.: | 75697 |
| Check Date: | 06/05/15 |
| Period End Date: | 05/30/15 |
| Start Date: | 05/24/15 |

## Regular Earnings

| | Hours | This Check Rate | Amount |
|---|---|---|---|
| Holiday | 8.00 | 57.69 | 461.54 |
| Regular | 32.00 | 57.69 | 1,846.16 |

## Add-Ons

| | This Check | Year To Date |
|---|---|---|

## Other Earnings

| | Amount | Amount |
|---|---|---|

## Taxes

| | This Check | Year To Date |
|---|---|---|
| Federal W/H | 230.43 | 4,225.20 |
| Social Security | 136.14 | 2,390.67 |
| Medicare | 31.84 | 559.11 |
| Res. SIT | 89.82 | 1,652.89 |
| Res. SDI | 19.76 | 347.03 |

## Deductions

| | This Check | Year To Date |
|---|---|---|
| CHLDSUP %NETMAX | 263.65 | 1,581.90 |
| MEDICAL INS | 83.56 | 501.36 |
| DENTAL PPO | 24.77 | 148.62 |
| LINC LTD | 19.94 | 119.64 |
| LINC VOL LIFE | 19.11 | 114.66 |
| CHLDSUP%NETMAX | 11.53 | 57.65 |
| LINC ACCIDENT | 8.52 | 51.12 |
| LINC STD | 5.43 | 32.58 |
| VISION | 3.63 | 21.78 |
| LINC VOL AD&D | 1.06 | 6.36 |

**HERMAN WEISSKER, INC.**

075850

Company:

HERMAN WEISSKER INC - CP
1845 BROWN AVE          RIVERSIDE, CA 92509

Statement of Earnings and Deductions-- Please retain for your records
Employee: Joseph Clements

Employee Code:     592522

Fed. Filing Status:   Married
Fed. Exemptions:      6

| Check Summary | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 2,307.70 | 43,846.30 |
| Add-Ons | 0.00 | 0.00 |
| Less: Taxes | 507.98 | 10,190.86 |
| Less: Deductions | 441.20 | 3,518.07 |
| Net Pay | 1,358.52 | 30,137.37 |

**Check Information**

Check No.:       75850
Check Date:      06/19/15
Period End Date: 06/13/15
Start Date:      06/07/15

| Regular Earnings | | This Check | |
|---|---|---|---|
| | Hours | Rate | Amount |
| Regular | 40.00 | 57.69 | 2,307.70 |

| Add-Ons | This Check | Year To Date |
|---|---|---|

| Other Earnings | Amount | Amount |
|---|---|---|

| Deductions | This Check | Year To Date |
|---|---|---|
| CHLDSUP %NETMAX | 263.65 | 2,109.20 |
| MEDICAL INS | 83.56 | 668.48 |
| DENTAL PPO | 24.77 | 198.16 |
| LINC LTD | 19.94 | 159.52 |
| LINC VOL LIFE | 19.11 | 152.88 |
| CHLDSUP%NETMAX | 11.53 | 80.71 |
| LINC ACCIDENT | 8.52 | 68.16 |
| LINC STD | 5.43 | 43.44 |
| VISION | 3.63 | 29.04 |
| LINC VOL AD&D | 1.06 | 8.48 |

| Taxes | This Check | Year To Date |
|---|---|---|
| Federal W/H | 230.43 | 4,686.06 |
| Social Security | 136.14 | 2,662.94 |
| Medicare | 31.83 | 622.78 |
| Res. SIT | 89.82 | 1,832.53 |
| Res. SDI | 19.76 | 386.55 |

**075992**

**RMAN WEISSKER, INC.**

Company:                    **· Statement of Earnings and Deductions-- Please retain for your records**

HERMAN WEISSKER INC - CP              Employee: Joseph Clements          Fed. Filing Status:    Married
1645 BROWN AVE      RIVERSIDE, CA 92509        Employee Code:    592522    Fed. Exemptions:    6

| Check Summary | This Check | Year To Date | Check Information | | Benefits (Hours) | This Check | Balance |
|---|---|---|---|---|---|---|---|
| Total Gross Pay | 2,307.70 | 48,461.70 | Check No.: | 75992 | | | |
| Add-Ons | 0.00 | 0.00 | Check Date: | 07/02/15 | | | |
| Less: Taxes | 507.99 | 11,206.83 | Period End Date: | 06/27/15 | | | |
| Less: Deductions | 441.20 | 4,400.47 | Start Date: | 06/21/15 | Sick: | | 0.56 |
| Net Pay | 1,358.51 | 32,854.40 | | | | | |

| Regular Earnings | This Check | | |
|---|---|---|---|
| | Hours | Rate | Amount |
| Regular | 40.00 | 57.69 | 2,307.70 |

| Add-Ons | This Check | Year To Date |
|---|---|---|
| | | |

| Other Earnings | Amount | | Amount |
|---|---|---|---|
| | | | |

| Taxes | This Check | Year To Date |
|---|---|---|
| Federal W/H | 230.43 | 5,146.92 |
| Social Security | 136.14 | 2,935.21 |
| Medicare | 31.84 | 686.46 |
| Res. SIT | 89.82 | 2,012.17 |
| Res. SDI | 19.76 | 426.07 |

| Deductions | This Check | Year To Date |
|---|---|---|
| CHLDSUP %NETMAX | 263.65 | 2,636.50 |
| MEDICAL INS | 83.56 | 835.60 |
| DENTAL PPO | 24.77 | 247.70 |
| LINC LTD | 19.94 | 199.40 |
| LINC VOL LIFE | 19.11 | 191.10 |
| CHLDSUP%NETMAX | 11.53 | 103.77 |
| LINC ACCIDENT | 8.52 | 85.20 |
| LINC STD | 5.43 | 54.30 |
| VISION | 3.63 | 36.30 |
| LINC VOL AD&D | 1.06 | 10.60 |

**HERMAN WEISSKER, INC.**

**076227**

Company:

Statement of Earnings and Deductions-- Please retain for your records

HERMAN WEISSKER INC - CP

Employee: Joseph Clements

1645 BROWN AVE    RIVERSIDE, CA 92509

Employee Code:    592522

Fed. Filing Status:    Married
Fed. Exemptions:    6

| Check Summary | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 2,307.70 | 55,384.80 |
| Add-Ons | 0.00 | 0.00 |
| Less: Taxes | 507.99 | 12,730.79 |
| Less: Deductions | 441.20 | 5,724.07 |
| Net Pay | 1,358.51 | 36,929.94 |

**Check Information**

| | |
|---|---|
| Check No.: | 76227 |
| Check Date: | 07/24/15 |
| Period End Date: | 07/18/15 |
| Start Date: | 07/12/15 |

| Benefits (Hours) | This Check | Balance |
|---|---|---|
| Sick: | 0.77 | 3.43 |

**Regular Earnings**

| | | This Check | |
|---|---|---|---|
| | Hours | Rate | Amount |
| Regular | 40.00 | 57.69 | 2,307.70 |

| Add-Ons | This Check | Year To Date |
|---|---|---|

| Other Earnings | Amount | Amount |
|---|---|---|

| Taxes | This Check | Year To Date |
|---|---|---|
| Federal W/H | 230.43 | 5,838.21 |
| Social Security | 136.14 | 3,343.62 |
| Medicare | 31.84 | 781.98 |
| Res. SIT | 89.82 | 2,281.63 |
| Res. SDI | 19.76 | 485.35 |

| Deductions | This Check | Year To Date |
|---|---|---|
| CHLDSUP %NETMAX | 263.65 | 3,427.45 |
| MEDICAL INS | 83.56 | 1,086.28 |
| DENTAL PPO | 24.77 | 322.01 |
| LINC LTD | 19.94 | 259.22 |
| LINC VOL LIFE | 19.11 | 248.43 |
| CHLDSUP%NETMAX | 11.53 | 138.36 |
| LINC ACCIDENT | 8.52 | 110.76 |
| LINC STD | 5.43 | 70.59 |
| VISION | 3.63 | 47.19 |
| LINC VOL AD&D | 1.06 | 13.78 |

HAN WEISSKER, INC.

**Statement of Earnings and Deductions-- Please retain for your records**

| Company: | | |
|---|---|---|
| HERMAN WEISSKER INC - CP | Employee: Joseph Clements | Fed. Filing Status: Married |
| 1645 BROWN AVE    RIVERSIDE, CA 92509 | Employee Code:    592522 | Fed. Exemptions: 6 |

| Check Summary | This Check | Year To Date | Check Information | | Benefits (Hours) | This Check | Balance |
|---|---|---|---|---|---|---|---|
| Total Gross Pay | 2,307.70 | 50,769.40 | Check No.: | 76095 | | | |
| Add-Ons | 0.00 | 0.00 | Check Date: | 07/10/15 | | | |
| Less: Taxes | 507.99 | 11,714.82 | Period End Date: | 07/04/15 | Sick: | 1.33 | 1.89 |
| Less: Deductions | 441.20 | 4,841.67 | Start Date: | 06/28/15 | | | |
| Net Pay | 1,358.51 | 34,212.91 | | | | | |

| Regular Earnings | This Check | | | Add-Ons | This Check | Year To Date |
|---|---|---|---|---|---|---|
| | Hours | Rate | Amount | | | |
| Holiday | 8.00 | 57.69 | 461.54 | | | |
| Regular | 32.00 | 57.69 | 1,846.16 | | | |

| Other Earnings | Amount | Amount |
|---|---|---|
| | | |

| Deductions | This Check | Year To Date |
|---|---|---|
| CHLDSUP %NETMAX | 263.65 | 2,900.15 |
| MEDICAL INS | 83.56 | 919.16 |
| DENTAL PPO | 24.77 | 272.47 |
| LINC LTD | 19.94 | 219.34 |
| LINC VOL LIFE | 19.11 | 210.21 |
| CHLDSUP%NETMAX | 11.53 | 115.30 |
| LINC ACCIDENT | 8.52 | 93.72 |
| LINC STD | 5.43 | 59.73 |
| VISION | 3.63 | 39.93 |
| LINC VOL AD&D | 1.06 | 11.66 |

| Taxes | This Check | Year To Date |
|---|---|---|
| Federal W/H | 230.43 | 5,377.35 |
| Social Security | 136.14 | 3,071.35 |
| Medicare | 31.84 | 718.30 |
| Res. SIT | 89.82 | 2,101.99 |
| Res. SDI | 19.76 | 445.83 |

CA4446081 FMDC-CON 98001  10/98
MET BILL CORPORATION

**HERMAN WEISSKER, INC.**

076167

| Company: | | |
|---|---|---|
| HERMAN WEISSKER INC - CP | | |
| 1645 BROWN AVE | RIVERSIDE, CA 92509 | |

**Statement of Earnings and Deductions-- Please retain for your records**

Employee: Joseph Clements

Employee Code:    592522

Fed. Filing Status:    Married
Fed. Exemptions:    6

| Check Summary | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 2,307.70 | 53,077.10 |
| Add-Ons | 0.00 | 0.00 |
| Less: Taxes | 507.98 | 12,222.80 |
| Less: Deductions | 441.20 | 5,282.87 |
| Net Pay | 1,358.52 | 35,571.43 |

| Check Information | |
|---|---|
| Check No.: | 76167 |
| Check Date: | 07/17/15 |
| Period End Date: | 07/11/15 |
| Start Date: | 07/05/15 |

| Benefits (Hours) | This Check | Balance |
|---|---|---|
| Sick: | 0.77 | 2.66 |

| Regular Earnings | | This Check | |
|---|---|---|---|
| | Hours | Rate | Amount |
| Regular | 40.00 | 57.69 | 2,307.70 |

| Add-Ons | This Check | Year To Date |
|---|---|---|
| | | |

| Other Earnings | Amount | | Amount |
|---|---|---|---|
| | | | |

| Deductions | This Check | Year To Date |
|---|---|---|
| CHLDSUP %NETMAX | 263.65 | 3,163.80 |
| MEDICAL INS | 83.56 | 1,002.72 |
| DENTAL PPO | 24.77 | 297.24 |
| LINC LTD | 19.94 | 239.28 |
| LINC VOL LIFE | 19.11 | 229.32 |
| CHLDSUP%NETMAX | 11.53 | 126.83 |
| LINC ACCIDENT | 8.52 | 102.24 |
| LINC STD | 5.43 | 65.16 |
| VISION | 3.63 | 43.56 |
| LINC VOL AD&D | 1.06 | 12.72 |

| Taxes | This Check | Year To Date |
|---|---|---|
| Federal W/H | 230.43 | 5,607.78 |
| Social Security | 136.13 | 3,207.48 |
| Medicare | 31.84 | 750.14 |
| Res. SIT | 89.82 | 2,191.81 |
| Res. SDI | 19.76 | 465.59 |

**HERMAN WEISSKER, INC.**

**076391**

Company:
**HERMAN WEISSKER INC - CP**
1645 BROWN AVE     RIVERSIDE, CA 92509

**Statement of Earnings and Deductions-- Please retain for your records**

Employee: **Joseph Clements**

Employee Code:     592522

Fed. Filing Status:     Married
Fed. Exemptions:     6

| Check Summary | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 2,307.70 | 60,000.20 |
| Add-Ons | 0.00 | 0.00 |
| Less: Taxes | 507.99 | 13,746.75 |
| Less: Deductions | 441.20 | 6,606.47 |
| Net Pay | 1,358.51 | 39,646.98 |

**Check Information**

| | |
|---|---|
| Check No.: | 76391 |
| Check Date: | 08/07/15 |
| Period End Date: | 08/01/15 |
| Start Date: | 07/26/15 |

**Benefits (Hours)**

| | This Check | Balance |
|---|---|---|
| Sick | 0.77 | 4.97 |

**Regular Earnings** — This Check

| | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 40.00 | 57.69 | 2,307.70 |

**Add-Ons**

| | This Check | Year To Date |
|---|---|---|

**Other Earnings**

| | Amount | | Amount |
|---|---|---|---|

**Deductions**

| | This Check | Year To Date |
|---|---|---|
| CHLDSUP %NETMAX | 263.65 | 3,954.75 |
| MEDICAL INS | 83.56 | 1,253.40 |
| DENTAL PPO | 24.77 | 371.55 |
| LINC LTD | 19.94 | 299.10 |
| LINC VOL LIFE | 19.11 | 286.65 |
| CHLDSUP%NETMAX | 11.53 | 161.42 |
| LINC ACCIDENT | 8.52 | 127.80 |
| LINC STD | 5.43 | 81.45 |
| VISION | 3.63 | 54.45 |
| LINC VOL AD&D | 1.06 | 15.90 |

**Taxes**

| | This Check | Year To Date |
|---|---|---|
| Federal W/H | 230.43 | 6,299.07 |
| Social Security | 136.14 | 3,615.89 |
| Medicare | 31.84 | 845.65 |
| Res. SIT | 89.82 | 2,461.27 |
| Res. SDI | 19.76 | 524.87 |

**HERMAN WEISSKER, INC.**

076454

Company:

**Statement of Earnings and Deductions-- Please retain for your records**

HERMAN WEISSKER INC - CP

Employee: Joseph Clements

1645 BROWN AVE    RIVERSIDE, CA 92509

Fed. Filing Status: Married
Fed. Exemptions: 6

Employee Code:    592522

| Check Summary | This Check | Year To Date |
|---|---|---|
| Total Gross Pay | 2,307.70 | 62,307.90 |
| Add-Ons | 0.00 | 0.00 |
| Less: Taxes | 507.99 | 14,254.74 |
| Less: Deductions | 441.20 | 7,047.67 |
| Net Pay | 1,358.51 | 41,005.49 |

**Check Information**

| | |
|---|---|
| Check No.: | 76454 |
| Check Date: | 08/14/15 |
| Period End Date: | 08/08/15 |
| Start Date: | 08/02/15 |

| Benefits (Hours) | This Check | Balance |
|---|---|---|
| Sick | 0.77 | 5.74 |

**Regular Earnings**

| | Hours | Rate | Amount |
|---|---|---|---|
| | | This Check | |
| Regular | 40.00 | 57.69 | 2,307.70 |

**Add-Ons**

| | This Check | Year To Date |
|---|---|---|

**Other Earnings** | Amount | | Amount |

**Deductions**

| | This Check | Year To Date |
|---|---|---|
| CHLDSUP %NETMAX | 263.65 | 4,218.40 |
| MEDICAL INS | 83.56 | 1,336.96 |
| DENTAL PPO | 24.77 | 396.32 |
| LINC LTD | 19.94 | 319.04 |
| LINC VOL LIFE | 19.11 | 305.76 |
| CHLDSUP%NETMAX | 11.53 | 172.95 |
| LINC ACCIDENT | 8.52 | 136.32 |
| LINC STD | 5.43 | 86.88 |
| VISION | 3.63 | 58.08 |
| LINC VOL AD&D | 1.06 | 16.96 |

**Taxes**

| | This Check | Year To Date |
|---|---|---|
| Federal W/H | 230.43 | 6,529.50 |
| Social Security | 136.14 | 3,752.03 |
| Medicare | 31.84 | 877.49 |
| Res. SIT | 89.82 | 2,551.09 |
| Res. SDI | 19.76 | 544.63 |

**Fill in this information to identify your case:**

Debtor 1    Joseph Eugene Clements
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ Central _____ District of __ CA __
                                                                        (State)

Case number
(if known)    _____

**Check one box only as directed in this form and in Form 22A-1Supp:**

- ☒ 1. There is no presumption of abuse.

- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☒ **Married and your spouse is NOT filing with you.** You and your spouse are:

   　☒ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   　☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

   Gross receipts (before all deductions)    $_____

   Ordinary and necessary operating expenses    − $_____

   Net monthly income from a business, profession, or farm    $_____    Copy here➡    $_____    $_____

6. **Net income from rental and other real property**

   Gross receipts (before all deductions)    $_____

   Ordinary and necessary operating expenses    − $_____

   Net monthly income from rental or other real property    $_____    Copy here➡    $_____    $_____

7. **Interest, dividends, and royalties**    $_____    $_____

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Friday, August 21, 2015, at 15:55:37 - 31518-301X.*****

Debtor 1    **Joseph Eugene Clements**                          Case number (if known)_____
　　　　　　First Name　　Middle Name　　　Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation** $\qquad$ $\qquad$

　 Do not enter the amount if you contend that the amount received was a benefit
　 under the Social Security Act. Instead, list it here: .......................... ↓

　　 For you ..................................................... $_____

　　 For your spouse.......................................... $_____

9. **Pension or retirement income.** Do not include any amount received that was a
　 benefit under the Social Security Act. $\qquad$ $\qquad$

10. **Income from all other sources not listed above.** Specify the source and amount.
　 Do not include any benefits received under the Social Security Act or payments received
　 as a victim of a war crime, a crime against humanity, or international or domestic
　 terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

　　 10a. _____ $_____ $_____

　　 10b. _____ $_____ $_____

　　 10c. Total amounts from separate pages, if any. +$_____ +$_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each
　 column. Then add the total for Column A to the total for Column B.

　　 $_____ + $_____ = $_____

**Total current monthly income**

---

**Part 2:   Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

　 12a. Copy your total current monthly income from line 11............................................. **Copy line 11 here** ➤ 12a. $_____

　　　　 Multiply by 12 (the number of months in a year). **x 12**

　 12b. The result is your annual income for this part of the form. 12b. $_____

13. **Calculate the median family income that applies to you.** Follow these steps:

　 Fill in the state in which you live. [ ]

　 Fill in the number of people in your household. [ ]

　 Fill in the median family income for your state and size of household. ...................................................13. $_____

　 To find a list of applicable median income amounts, go online using the link specified in the separate
　 instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

　 14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
　　　　 Go to Part 3.

　 14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
　　　　 Go to Part 3 and fill out Form 22A–2.

---

**Part 3:   Sign Below**

　 By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ _____          ✖ _____
　 Signature of Debtor 1                                      Signature of Debtor 2

　 Date ___/ _8/21/15_____                                Date _____
　　　　MM / DD / YYYY                                        MM / DD / YYYY

　 If you checked line 14a, do NOT fill out or file Form 22A–2.

　 If you checked line 14b, fill out Form 22A–2 and file it with this form.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.5-897 - Friday, August 21, 2015, at 15:55:37 - 31518-301X-*****

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   Joseph Eugene Clements                          ,

Debtor

Case No. _____

Chapter   7 _____

## VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 5

pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule

105(6).  I assume all responsibility for errors and omissions.

Date _____8/21/15_____          Signature
of Debtor        _____
JOSEPH EUGENE CLEMENTS

John B Laing
Law Offices of John
B. Laing
John B. Laing
12328 Gladstone Ave #3
Sylmar, CA 91342
818 837 1212
818 837 1213

Joseph Eugene Clements
4005 Warner Avenue
Huntington Beach, CA 92649


John B Laing
Law Offices of John B. Laing
John B. Laing
12328 Gladstone Ave #3
Sylmar, CA 91342

AMERASSIST AR SOLUTION
445 HUTCHINSON AVE STE 5
COLUMBUS, OH 43235


Bennett, Danielle & Kai
C/O Chambers, Noronha & Kubota
2070 N. Tustin Avenue
Santa Ana, CA 92705


CHEVRON
POB 5010 ROOM 1242
CONCORD, CA 94524


CMRE. 877-572-7555
3075 E IMPERIAL HWY STE
BREA, CA 92821


CMRE. 877-572-7555
3075 E IMPERIAL HWY STE
BREA, CA 92821


CMRE. 877-572-7555
3075 E IMPERIAL HWY STE
BREA, CA 92821


CMRE. 877-572-7555
3075 E IMPERIAL HWY STE
BREA, CA 92821


CMRE. 877-572-7555
3075 E IMPERIAL HWY STE
BREA, CA 92821


CMRE. 877-572-7555
3075 E IMPERIAL HWY STE
BREA, CA 92821


COLLECTION CONSULTANTS
6100 SAN FERNANDO RD STE
GLENDALE, CA 91201

COUNTY OF ORANGE
801 W CIVIC CENTER DR ST
SANTA ANA, CA 92701


COUNTY OF ORANGE
801 W CIVIC CENTER DR ST
SANTA ANA, CA 92701


Enterprise Rent a Car
600 Corporate Park Dr.
St. Louis MO 63105


Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812- 2952


Huntington Beach Dodge Chrysler
16701 Beach Blvd,
Huntington Beach, CA 92647


Internal Revenue Service
PO Box 7348
Philadephia, PA
18101-7346


MEDICREDIT
1801 CALIFORNIA AV
CORONA, CA 92881


MEDICREDIT, INC
PO BOX 1629
MARYLAND HEIGHTS, MO 63043


MEDICREDIT, INC
PO BOX 1629
MARYLAND HEIGHTS, MO 63043


MEDICREDIT, INC
PO BOX 1629
MARYLAND HEIGHTS, MO 63043

MEDICREDIT, INC
PO BOX 1629
MARYLAND HEIGHTS, MO 63043


MEDICREDIT, INC
PO BOX 1629
MARYLAND HEIGHTS, MO 63043


NATIONAL RECOVERY AGEN
2491 PAXTON ST
HARRISBURG, PA 17111


Orange Cnty Dpt Child Support Srvcs
C/O CA State Disbursement Unit
PO Box 989067
West Sacramento, CA 95798-9067


ORANGE CO
PO BOX 22099
SANTA ANA, CA 92702


ORANGEFSD
801 CIVIC CENTER DR.W.#200
SANTA ANA, CA 92702


ORANGEFSD
801 CIVIC CENTER DR.W.#200
SANTA ANA, CA 92702


PROGRESSIVE MGMT SYSTE
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790


PROGRESSIVE MGMT SYSTE
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790


PROGRESSIVE MGMT SYSTE
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790

PROGRESSIVE MGMT SYSTE
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790

PROGRESSIVE MGMT SYSTE
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790

PROGRESSIVE MGMT SYSTE
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790

STANISCCONTR
914 14TH ST POB 480
MODESTO, CA 95353

STANISCCONTR
914 14TH ST POB 480
MODESTO, CA 95353

SYNCB/CHEVRO
P.O BOX 965015
ORLANDO, FL 32896

Town Center Dental Group
45 Auto Center Dr, Ste 110
Foothill Ranch, CA 92610

WFDS
PO BOX 1697
WINTERVILLE, NC 28590