FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Joseph Eugene Clements
**SSN:** xxx–xx–2522
**EIN:** N/A

4005 Warner Avenue
Huntington Beach, CA 92649

**BANKRUPTCY NO.** 8:15–bk–14163–CB
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

Dated: December 21, 2015

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN–102 clsnodsc) rev. 12/2015

**10 / JLL**