United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 15-14163-CB
Joseph Eugene Clements                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: jleC              Page 1 of 2          Date Rcvd: Dec 21, 2015
                             Form ID: van102          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2015.
db           +Joseph Eugene Clements,    4005 Warner Avenue,   Huntington Beach, CA 92649-4238
36527694     +AMERASSIST AR SOLUTION,    445 HUTCHINSON AVE STE 5,   COLUMBUS, OH 43235-8616
36527695     +Bennett, Danielle & Kai,   C/O Chambers, Noronha & Kubota,    2070 N. Tustin Avenue,
              Santa Ana, CA 92705-7827
36527697     +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,   BREA, CA 92821-6733
36527703     +COLLECTION CONSULTANTS,    6100 SAN FERNANDO RD STE,   GLENDALE, CA 91201-2280
36527704     +COUNTY OF ORANGE,    801 W CIVIC CENTER DR ST,   SANTA ANA, CA 92701-4079
36527706     +Enterprise Rent a Car,    600 Corporate Park Dr.,   St. Louis MO 63105-4211
36527708     +Huntington Beach Dodge Chrysler,    16701 Beach Blvd,,   Huntington Beach, CA 92647-4814
36527710     +MEDICREDIT,    1801 CALIFORNIA AV,   CORONA, CA 92881-7251
36527711     +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527716     +NATIONAL RECOVERY AGEN,    2491 PAXTON ST,   HARRISBURG, PA 17111-1036
36527718     +ORANGE CO,    PO BOX 22099,   SANTA ANA, CA 92702-2099
36527719     +ORANGEFSD,    801 CIVIC CENTER DR.W.#200,   SANTA ANA, CA 92701-4066
36527721     +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527727     +STANISCCONTR,    914 14TH ST POB 480,   MODESTO, CA 95353-0480
36527730     +Town Center Dental Group,    45 Auto Center Dr, Ste 110,   Foothill Ranch, CA 92610-2848
36527731     +WFDS,    PO BOX 1697,   WINTERVILLE, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: itcdbg@edd.ca.gov Dec 22 2015 02:45:52    Employment Development Dept.,
              Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
smg           E-mail/Text: BKBNCNotices@ftb.ca.gov Dec 22 2015 02:46:59    Franchise Tax Board,
              Bankruptcy Section MS: A-340,   P.O. Box 2952,   Sacramento, CA 95812-2952
36527696     +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2015 02:40:41    CHEVRON,   POB 5010 ROOM 1242,
              CONCORD, CA 94524-0010
36527707      E-mail/Text: BKBNCNotices@ftb.ca.gov Dec 22 2015 02:46:59    Franchise Tax Board,
              Attn: Bankruptcy,   PO Box 2952,   Sacramento, CA 95812- 2952
36527709     +E-mail/Text: cio.bncmail@irs.gov Dec 22 2015 02:45:38    Internal Revenue Service,
              PO Box 7348,   Philadelphia, PA 19101-7348
36527717      Fax: 916-636-2600 Dec 22 2015 03:05:51    Orange Cnty Dpt Child Support Srvcs,
              C/O CA State Disbursement Unit,   PO Box 989067,   West Sacramento, CA 95798-9067
36527729     +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2015 02:40:41    SYNCB/CHEVRO,   P.O BOX 965015,
              ORLANDO, FL 32896-5015
                                                                                      TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
36527700*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,   BREA, CA 92821-6733
36527701*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,   BREA, CA 92821-6733
36527702*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,   BREA, CA 92821-6733
36527698*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,   BREA, CA 92821-6733
36527699*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,   BREA, CA 92821-6733
36527705*    +COUNTY OF ORANGE,    801 W CIVIC CENTER DR ST,   SANTA ANA, CA 92701-4079
36527712*    +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527713*    +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527714*    +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527715*    +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527720*    +ORANGEFSD,    801 CIVIC CENTER DR.W.#200,   SANTA ANA, CA 92701-4066
36527722*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527723*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527724*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527725*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527726*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527728*    +STANISCCONTR,    914 14TH ST POB 480,   MODESTO, CA 95353-0480
                                                                          TOTALS: 0, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2015                                Signature:  /s/Joseph Speetjens

District/off: 0973-8          User: jleC               Page 2 of 2              Date Rcvd: Dec 21, 2015
                             Form ID: van102           Total Noticed: 24

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2015 at the address(es) listed below:
          John B Laing    on behalf of Debtor Joseph Eugene Clements johnlaing@bankruptcyspecialist.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
          Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
          wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com

                                                                                      TOTAL: 3

FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
## Central District of California

### 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## NOTICE OF CHAPTER 7 CASE CLOSED
## WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Joseph Eugene Clements
**SSN:** xxx–xx–2522
**EIN:** N/A

4005 Warner Avenue
Huntington Beach, CA 92649

**BANKRUPTCY NO.** 8:15–bk–14163–CB
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

BY THE COURT,

Dated: December 21, 2015

**Kathleen J. Campbell**
Clerk of Court

(Form VAN–102 clsnodsc) rev. 12/2015

**10 / JLL**