| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Law Offices of John B. Laing<br>John B. Laing #140650<br>12328 Gladstone Ave #3<br>Sylmar, CA 91342<br>818 837 1212<br>johnlaing@bankruptcyspecialist.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Joseph Eugene Clements<br><br><br><br>Debtor(s). | CASE NO.:  15-bk-14163 CB<br>CHAPTER:  7<br><br>**MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE**<br>[LBR 5010-1; 9013-1(q)(11)] |
|---|---|

1. **Bankruptcy Case Information:**

    a. A petition under chapter ☒ 7  ☐ 13  was filed on *(date)* 08/21/2015 .

    b. The court closed this case without entering a discharge because the Debtor failed to timely file one or both of the following form(s) required for a discharge to be entered (Required Form(s)):

    Chapter 7 or 13 Cases: [11 U.S.C. § 727(a)(11); LBR 3015-1(t)]
    ☒  Official Form 423, Certification About a Financial Management Course

    Chapter 13 Cases: [11 U.S.C. § 1328(g)(1), LBR 3015-1(t)]
    ☐  Debtor's Certification of Compliance Under 11 U.S.C. § 1328(a) and Application for Entry of Discharge

2. **Motion**

    a. The Debtor(s) request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and FRBP 5010; and (b) extending the time to file the Required Form(s) for a period of 30 days from the date of entry of an order granting this motion.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                      Page 1                                                      F 5010-1.1.MOTION.REOPEN.CERT

b.  The Debtor(s) failed to file the Required Form(s) by the original deadline, and therefore need to have the case reopened so that the Required Form(s) can be filed and a discharge can be entered because *(explain circumstances that prevented the Debtor from filing Required Form(s) in a timely manner)*:

Debtor took and believes that he completed the required course. Thereafter, debtor believes that the course provider failed to prepare or to provide the certificate to either counsel for debtor or the court. Debtor re-took the required course and has filed the certificate produced by this second taking.

3. **Declaration**

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/8/16

_____
Signature of Debtor 1

_____
Printed name of Debtor 1

Date: _____

_____
Signature of Debtor 2 (Joint Debtor)(if applicable)

_____
Printed name of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                            F 5010-1.1.MOTION.REOPEN.CERT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of John B. Laing, 12329 Gladstone Ave #3, Sylmar, CA 91342

A true and correct copy of the foregoing document entitled: **MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _1-8-2015_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ch 7 Trustee - Weneta M Kosmala (TR) Kosmala@titlexi.com, wkosmala@txitrustee.com; dmf@txitrustee.com; kgeorge@kosmalalaw.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _01/08/2015_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Catherine E. Bauer
U.S. Bankruptcy Judge
411 W. Fourth Street
Santa, Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/08/2015 | JOHN LAING | _/s/ John Laing_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                     Page 3                     F 5010-1.1.MOTION.REOPEN.CERT