Certificate Number: 06761-CAC-DE-026770671

Bankruptcy Case Number: 15-14163



06761-CAC-DE-026770671

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2016, at 5:05 o'clock PM PST, Joseph Clements completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  January 7, 2016          By:  /s/Helen L. Cagle

                                Name:  Helen L. Cagle

                                Title:  Manager