| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Offices of John B. Laing<br>John B. Laing, # 140650<br>12328 Gladstone Ave #3<br>Sylmar, CA 91342<br>818 837 1212<br>johnlaing@bankruptcyspecialist.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☐ *Attorney for*: Debtor | **FILED & ENTERED**<br><br>**JAN 11 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** firman    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>**JOSEPH EUGENE CLEMENTS**<br><br><br><br>Debtor(s). | CASE NO.: 8:15-BK-14163-CB<br>CHAPTER:  7<br><br>**ORDER ON MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE**<br><br>[LBR 5010-1]<br><br>No Hearing Required – LBR 9013-1(q)(11) |

This case was closed without the entry of a discharge due to noncompliance with 11 U.S.C. §§ 727(a)(11) or 1328(g)(1) because the Official Form 423, Certification About a Financial Management Course was not timely filed, and/or LBR 3015-1(t)(3) because the Debtor's Certification of Compliance Under 11 U.S.C. §1328(a) and Application for Entry of Discharge (Required Form(s)) was not timely filed.

The Debtor(s) filed a motion to (1) reopen the case pursuant to 11 U.S.C. § 350(b) and FRBP 5010 and (2) for an extension of time to file one or both of the Required Form(s) so that a discharge may be entered. Having considered the motion, IT IS ORDERED as follows

1. ☒ The motion is GRANTED, and:
    a. This bankruptcy case is reopened pursuant to 11 U.S.C. § 350(b) and FRBP 5010;
    b. A trustee will not be appointed in this case absent further order from the court;
    c. The deadline for the Debtor to file the Required Form(s) is 30 days from the date of entry of this order;
    d. If the Debtor is otherwise eligible, upon the filing of the Required Form(s), the clerk will enter the discharge of the Debtor and close the case; and
    e. In the event the Required Form(s) are not filed, the case will be closed immediately after the expiration of 30 days from the date of entry of this order.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 5010-1.1.ORDER.REOPEN.CERT**

2. ☐ The motion is DENIED on the following grounds (*specify*):

3. ☐ Other *(specify)*:

###

Date: January 11, 2016

Catherine Bauer
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 5010-1.1.ORDER.REOPEN.CERT**