United States Bankruptcy Court
Central District of California

In re:  
Joseph Eugene Clements  
     Debtor

Case No. 15-14163-CB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-8     User: kfirmanC     Page 1 of 1     Date Rcvd: Jan 11, 2016  
                       Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2016.  
db           +Joseph Eugene Clements,    4005 Warner Avenue,    Huntington Beach, CA 92649-4238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2016 at the address(es) listed below:  
         John B Laing    on behalf of Debtor Joseph Eugene Clements johnlaing@bankruptcyspecialist.com  
         United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov  
         Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,  
         wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com  
                                                                                             TOTAL: 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Law Offices of John B. Laing<br>John B. Laing, # 140650<br>12328 Gladstone Ave #3<br>Sylmar, CA 91342<br>818 837 1212<br>johnlaing@bankruptcyspecialist.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☐ *Attorney for*: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 11 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** firman    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>**JOSEPH EUGENE CLEMENTS**<br><br><br><br>Debtor(s). | CASE NO.: 8:15-BK-14163-CB<br>CHAPTER:  7<br><br>**ORDER ON MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE**<br><br>[LBR 5010-1]<br><br>No Hearing Required – LBR 9013-1(q)(11) |
|---|---|

This case was closed without the entry of a discharge due to noncompliance with 11 U.S.C. §§ 727(a)(11) or 1328(g)(1) because the Official Form 423, Certification About a Financial Management Course was not timely filed, and/or LBR 3015-1(t)(3) because the Debtor's Certification of Compliance Under 11 U.S.C. §1328(a) and Application for Entry of Discharge (Required Form(s)) was not timely filed.

The Debtor(s) filed a motion to (1) reopen the case pursuant to 11 U.S.C. § 350(b) and FRBP 5010 and (2) for an extension of time to file one or both of the Required Form(s) so that a discharge may be entered.  Having considered the motion, IT IS ORDERED as follows

1. ☒ The motion is GRANTED, and:
   a. This bankruptcy case is reopened pursuant to 11 U.S.C. § 350(b) and FRBP 5010;
   b. A trustee will not be appointed in this case absent further order from the court;
   c. The deadline for the Debtor to file the Required Form(s) is 30 days from the date of entry of this order;
   d. If the Debtor is otherwise eligible, upon the filing of the Required Form(s), the clerk will enter the discharge of the Debtor and close the case; and
   e. In the event the Required Form(s) are not filed, the case will be closed immediately after the expiration of 30 days from the date of entry of this order.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 5010-1.1.ORDER.REOPEN.CERT**

2. ☐ The motion is DENIED on the following grounds (*specify*):

3. ☐ Other (*specify*):

### 

Date: January 11, 2016

Catherine Bauer
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 5010-1.1.ORDER.REOPEN.CERT**