```
                            United States Bankruptcy Court
                             Central District of California
In re:                                                                  Case No. 15-14163-CB
Joseph Eugene Clements                                                  Chapter 7
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0973-8          User: admin                  Page 1 of 2                  Date Rcvd: Jan 12, 2016
                              Form ID: 318                 Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2016.
db           +Joseph Eugene Clements,    4005 Warner Avenue,    Huntington Beach, CA 92649-4238
36527694     +AMERASSIST AR SOLUTION,    445 HUTCHINSON AVE STE 5,    COLUMBUS, OH 43235-8616
36527695     +Bennett, Danielle & Kai,   C/O Chambers, Noronha & Kubota,    2070 N. Tustin Avenue,
               Santa Ana, CA 92705-7827
36527697     +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,    BREA, CA 92821-6733
36527703     +COLLECTION CONSULTANTS,    6100 SAN FERNANDO RD STE,    GLENDALE, CA 91201-2280
36527704     +COUNTY OF ORANGE,   801 W CIVIC CENTER DR ST,    SANTA ANA, CA 92701-4079
36527706     +Enterprise Rent a Car,    600 Corporate Park Dr.,    St. Louis MO 63105-4211
36527708     +Huntington Beach Dodge Chrysler,    16701 Beach Blvd,,   Huntington Beach, CA 92647-4814
36527710     +MEDICREDIT,   1801 CALIFORNIA AV,    CORONA, CA 92881-7251
36527711     +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527716     +NATIONAL RECOVERY AGEN,    2491 PAXTON ST,   HARRISBURG, PA 17111-1036
36527718     +ORANGE CO,   PO BOX 22099,    SANTA ANA, CA 92702-2099
36527719     +ORANGEFSD,   801 CIVIC CENTER DR.W.#200,    SANTA ANA, CA 92701-4066
36527721     +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527727     +STANISCCONTR,   914 14TH ST POB 480,    MODESTO, CA 95353-0480
36527730     +Town Center Dental Group,    45 Auto Center Dr, Ste 110,   Foothill Ranch, CA 92610-2848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: weneta.kosmala@txitrustee.com Jan 13 2016 02:04:19     Weneta M Kosmala (TR),
               3 MacArthur Place, Suite 760,   Santa Ana, CA 92707-6071
smg           EDI: EDD.COM Jan 13 2016 01:59:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Jan 13 2016 01:58:00     Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA 95812-2952
36527696     +EDI: RMSC.COM Jan 13 2016 01:59:00      CHEVRON,   POB 5010 ROOM 1242,    CONCORD, CA 94524-0010
36527707      EDI: CALTAX.COM Jan 13 2016 01:58:00     Franchise Tax Board,    Attn: Bankruptcy,   PO Box 2952,
               Sacramento, CA 95812- 2952
36527709      EDI: IRS.COM Jan 13 2016 01:59:00      Internal Revenue Service,   PO Box 7348,
               Philadephia, PA 19101-7348
36527717      Fax: 916-636-2600 Jan 13 2016 02:25:48      Orange Cnty Dpt Child Support Srvcs,
               C/O CA State Disbursement Unit,    PO Box 989067,   West Sacramento, CA 95798-9067
36527729     +EDI: RMSC.COM Jan 13 2016 01:59:00      SYNCB/CHEVRO,   P.O BOX 965015,    ORLANDO, FL 32896-5015
36527731     +EDI: WFFC.COM Jan 13 2016 01:58:00      WFDS,   PO BOX 1697,   WINTERVILLE, NC 28590-1697
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
36527699*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,    BREA, CA 92821-6733
36527700*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,    BREA, CA 92821-6733
36527701*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,    BREA, CA 92821-6733
36527702*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,    BREA, CA 92821-6733
36527698*    +CMRE. 877-572-7555,    3075 E IMPERIAL HWY STE,    BREA, CA 92821-6733
36527705*    +COUNTY OF ORANGE,    801 W CIVIC CENTER DR ST,    SANTA ANA, CA 92701-4079
36527712*    +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527713*    +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527714*    +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527715*    +MEDICREDIT, INC,    PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
36527720*    +ORANGEFSD,   801 CIVIC CENTER DR.W.#200,    SANTA ANA, CA 92701-4066
36527722*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527723*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527724*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527725*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527726*    +PROGRESSIVE MGMT SYSTE,    1521 W CAMERON AVE FL 1,   WEST COVINA, CA 91790-2738
36527728*    +STANISCCONTR,   914 14TH ST POB 480,    MODESTO, CA 95353-0480
                                                                                    TOTALS: 0, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2016                              Signature:   /s/Joseph Speetjens

```
District/off: 0973-8          User: admin              Page 2 of 2              Date Rcvd: Jan 12, 2016
                              Form ID: 318             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2016 at the address(es) listed below:
              John B Laing    on behalf of Debtor Joseph Eugene Clements johnlaing@bankruptcyspecialist.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              Weneta M Kosmala (TR)     ecf.alert+Kosmala@titlexi.com,
               wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                            TOTAL: 3
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Joseph Eugene Clements** | Social Security number or ITIN    **xxx–xx–2522** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN    _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:    **8:15–bk–14163–CB** | | |

## Order of Discharge – Chapter 7                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Eugene Clements

  [include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 1/12/16


**Dated:** 1/12/16                                                **By the court:**    Catherine E. Bauer
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**16/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc         **Order of Chapter 7 Discharge**                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**